**No. 10-38. Hillary L. Falconer, et al., Petitioners v. Santa Cruz County, California, et al.**

562 U.S. 890, 131 S. Ct. 247, 178 L. Ed. 2d 137, 2010 U.S. LEXIS 7028.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 791.